FILED

AUG -8 2019 /x

THOMAS G. BRUTON  8-4-19
CLERK, U.S. DISTRICT COURT

15

Judge Norgle

I sit here in my wheelchair ashamed before you Honorable Judge Charles Norgle. A crippled defeated and broken man. This past year that I have spent in custody at Kendall County has been the most difficult time of my life And the worst experience that i have ever been through. Its like me being shot and paralized all over again. Honorable Judge Charles Norgle, I am so sorry for leaving you with such a difficult decision your Honor and putting my life in your hands. I am so sorry to the courts for having everyone go through this entire ordeal and reliving this heartach. I am so sorry to my family and love ones for the embarrassment and shame that I brought to their lives. I am so sorry to my beloved wife and kids for being a disgrace, embarrassment disappintment and shame that i brought into their lives. your Honor I respectfully please ask you to empathize with me. Everybody that I love and mattered to me I lost except my wife and kids but i see me being in this situation is taking its toll on her and soon i will lose her and my kids too. your Honor when i became a father I swore from that day, i will protect and take care of my family no matter what. when i got shot and became paralized, i became broken lost, depress and confused and what hurt me the most was when my wife quit her job and became my full time Nurse. your Honor i couldnt do nothing my wife did every thing. She changed my diapers, fed me clothed me, took me

showers, wiped my Butt anything you can Name while being paralized she did for me, while taking care of my 2 son's that was 3yrs old and 4 yrs old at the time. It was a struggle for me and my wife and kids. I was only reciving one check a month and with bills and 2 kids and a wife it was hard. There was times that i caught my wife crying your honor and i just couldnt take it no more and i needed to find a way to help out and be the man she fell in love with. Money was tight so when the oppertunity came i took it knowing it was wrong, its just i couldnt stand me putting my family through this hell. Im a man with morals and if it means giving my life up, so my wife and kids can live better, i will do it. your Honor your a man so you should understand were Im coming from. Your honor the reason Im writing you is cause i have sentencing coming up Oct 9 and Im scared, nervous and confused cause this aint like the state courts, this federal court system is different and scary. Im asking for forgiveness and leniency. Thank you for taking time out to read this.

Thank you your Honor

[signature]

8-4-19

Joel Andrade

To Judge Charles Norgle.

your honor in this letter Im sending you the Laboratory report about the amout of Drugs in my case. As you Know Im charged with 113 grams but as you can see the Laboratory report, only 18 grams of it is real every thing after that is all just cut pills and what ever else.



**U.S. Department of Justice**
**Drug Enforcement Administration**

North Central Laboratory
Chicago, IL

## Chemical Analysis Report

Chicago Division Office
230 South Dearborn Street, Suite 1200
Chicago, IL 60604

Case Number: I1-17-0147
LIMS Number: 2018-SFL5-03082

### Descriptions, Results and Conclusions

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 21 | Heroin (calc. as Hydrochloride) | 111.3 g ± 0.2 g | 15% ± 2% | 16.6 g ± 1.7 g |

**Remarks:**

Exhibit 21: The net weight was determined by direct weighing of all units. The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 21: Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit

Date Accepted by Laboratory: 05/30/2018        Gross Weight: 162.7 g

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 21 | 1 | Plastic Bag | Powder | 107.9 g |

**Remarks:**
Exhibit 21: 2.1 grams removed for special program.

### Exhibit Analysis

**Sampling:**

Exhibit 21: A composite was formed from 1 unit for testing of 1 unit received. Heroin confirmed in the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 21 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 21 | DEA102 / Gas Chromatography |

Analyzed By: /S/ Kenneth E. Booker, Senior Forensic Chemist        Date: 08/08/2018
Approved By: /S/ Jason A. Bordelon, Supervisory Chemist        Date: 08/08/2018

DEA Form 113 August 2013

Page 1 of 1

LABS 001-000012

Joel Andrade 291-260
Kendall County
1103 Cornell Lane
Yorkville, IL 60560

Leya
Mail

2019 AUG -8 AM 8:24

Honorable Judge Charles Bagle
Dirksen Federal court House
219 S. Dearborn St

MAIL FROM
KENDALL COUNTY
CORRECTIONS

08/08/2019-15

05 AUG 2019 PM 4

Barn Swallow
FOREVER USA

INDIGENT INMATE



**KC JAIL**

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016